Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11802−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy J Rivera
   aka Nancy Segers
   256 Urma Ave
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−4510

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/5/21
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 15, 2021
JAN: lc

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11802-RG |
| Nancy J Rivera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: 132 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Rivera, 256 Urma Ave, Clifton, NJ 07013-3710 |
| 519130412 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519130413 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 519130414 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519130420 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519130424 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519130426 | | Passiac County Special Civil Part, 71 Hamilton St., Paterson, NJ 07505-2017 |
| 519130427 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519130429 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 519130431 | + | Younomics, 35 E 21st Street, New York, NY 10010-6212 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2021 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2021 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:47:47 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519130415 | | Email/Text: cescandell@calautomotive.com | Mar 15 2021 21:10:00 | Cal Automotive, 300 Horizon Drive, Hamilton, NJ 08691 |
| 519132849 | | Email/Text: cescandell@calautomotive.com | Mar 15 2021 21:11:00 | CAL Automotive, 4556 South Broad St, Yardville, NJ 08620 |
| 519130422 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:59:35 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 519130417 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2021 21:11:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519130419 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 15 2021 23:48:02 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519130421 | + | Email/Text: bk@lendingclub.com | Mar 15 2021 21:12:00 | LendingClub, 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 519130423 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2021 21:12:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 519130425 | + | Email/Text: bnc@nordstrom.com | Mar 15 2021 21:11:53 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 519130428 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 15 2021 21:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI |

| | | | | |
|---|---|---|---|---|
| | | | | 48226-3573 |
| 519131757 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:58:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519130430 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2021 21:10:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519130418 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519130416 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Nancy J Rivera rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 3