Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11802−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy J Rivera
   aka Nancy Segers
   256 Urma Ave
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−4510

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/17/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 17, 2021
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nancy J Rivera  
    Debtor

Case No. 21-11802-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 17, 2021      Form ID: 148      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Rivera, 256 Urma Ave, Clifton, NJ 07013-3710 |
| 519130413 | + | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422-0287 |
| 519149987 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519130420 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519207173 | + | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519130424 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519130426 | | Passiac County Special Civil Part, 71 Hamilton St., Paterson, NJ 07505-2017 |
| 519130427 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519148357 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519196297 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519130429 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 519191565 | | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519130431 | + | Younomics, 35 E 21st Street, New York, NY 10010-6212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jun 18 2021 00:23:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519130412 | + | EDI: AMEREXPR.COM | Jun 18 2021 00:23:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519130414 | + | EDI: TSYS2.COM | Jun 18 2021 00:23:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519207800 | + | EDI: RECOVERYCORP.COM | Jun 18 2021 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519130415 | | Email/Text: cescandell@calautomotive.com | Jun 17 2021 20:33:00 | Cal Automotive, 300 Horizon Drive, Hamilton, NJ 08691 |
| 519132849 | | Email/Text: cescandell@calautomotive.com | Jun 17 2021 20:33:00 | CAL Automotive, 4556 South Broad St, Yardville, NJ 08620 |
| 519130422 | | EDI: CITICORP.COM | Jun 18 2021 00:23:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 519156960 | | EDI: Q3G.COM | Jun 18 2021 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: 148 | Total Noticed: 37 |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 519130417 | | EDI: IRS.COM | Jun 18 2021 00:23:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519130419 | | EDI: JPMORGANCHASE | Jun 18 2021 00:23:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519130421 | + | Email/Text: bk@lendingclub.com | Jun 17 2021 20:35:00 | LendingClub, 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 519149020 | + | EDI: MID8.COM | Jun 18 2021 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 519130423 | + | EDI: MID8.COM | Jun 18 2021 00:23:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 519130425 | + | Email/Text: bnc@nordstrom.com | Jun 17 2021 20:33:41 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 519205114 | | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519205933 | | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 519205090 | | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Jcpenney, POB 41067, Norfolk VA 23541 |
| 519205096 | | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519130428 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 17 2021 20:35:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519131757 | + | EDI: RMSC.COM | Jun 18 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519197568 | + | EDI: AIS.COM | Jun 18 2021 00:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519130430 | + | EDI: VERIZONCOMB.COM | Jun 18 2021 00:18:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519130418 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519130416 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519149988 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519152324 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: 148 | Total Noticed: 37 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Nancy J Rivera rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4